**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 27 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 23-945 MLG |
| vs. | ) | 18 U.S.C. § 2422(b): Coercion and Enticement. |
| **DANIEL BALIZAN,** | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

From on or about August 8, 2012, and continuing to on or about September 22, 2012, in Santa Fe County, in the District of New Mexico, and elsewhere, the defendant, **DANIEL BALIZAN**, using any facility of interstate and foreign commerce, knowingly persuaded, induced, enticed and coerced, and attempted to knowingly persuade, induce, entice, and coerce, any individual who had not attained the age of 18 years, John Doe, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

SJM